**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEJANDRA NIETO,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>Defendants. | Civil Action No. 25-18265 (SDW) (LDW)<br><br>**WHEREAS OPINION**<br><br>October 30, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Alejandra Nieto's ("Plaintiff") Motion for Clarification and Extension of Time (D.E. 68 ("Motion")), and this Court having reviewed the parties' submissions; and

**WHEREAS** on September 29, 2026, this Court issued an opinion (D.E. 66 ("Opinion")) and order (D.E. 67) granting Defendants' motion to dismiss Plaintiff's first amended complaint in this action; and

**WHEREAS** Plaintiff subsequently filed the Motion, requesting that this Court: (1) clarify four specific points in the Opinion; (2) correct a date in the Opinion; and (3) grant Plaintiff an extension of time to file a second amended complaint; and

**WHEREAS** this Court will not clarify any aspect of the Opinion. Plaintiff has not provided any legal basis for the requested clarifications. "'Although a district court may in some circumstances entertain a motion for clarification to resolve an ambiguity in a prior order,' the movant must show that the court has a duty to do so." *Tq Delta, LLC v. Adtran, Inc.*, No. 14-954,

2019 WL 9406455, at *1 (D. Del. Oct. 3, 2019) (quoting *In re Stosic*, 770 F. App'x 27, 30 (3d Cir. 2019)). The relevant portions of the Opinion are unambiguous, and this Court has no duty to clarify them further; and

**WHEREAS** pursuant to Federal Rule of Civil Procedure 60(a), this Court will amend the date on page 10 of the Opinion to December 15, 2023, which is the correct date of the original Schedule A (D.E. 28-2, Pl.'s Ex. A at 47); and

**WHEREAS** Plaintiff's request for an extension of time is moot, as Plaintiff filed a Second Amended Complaint on October 19, 2026 (D.E. 74); therefore

Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**. An appropriate order follows.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
Leda Dunn Wettre, U.S.M.J.